UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHAEL THOMAS and SARAH O'HARE,

                                              7:20-cv-10596-PMH

           Plaintiffs,

                                          ORDER

      -against-

JOSEPH G. AURIEMMA,

           Defendant.
-------------------------------------------------------------------X

Halpern, J.

      On December 16, 2020, Plaintiffs commenced the instant action, which arises out of a car accident that occurred in Connecticut and includes claims against at least one Defendant who does not reside in New York. (Doc. No. 1 ¶¶ 4, 6.) Because it appeared that the Court lacked venue, *see* 28 U.S.C. § 1391(b), the Defendant inquired of Plaintiff's counsel, who requested that the matter be transferred to the District of Connecticut.

      Therefore, pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), it is hereby ORDERED that this case be transferred to the United States District Court for the District of Connecticut. Because Plaintiff consents, the provisions of Local Rule 83.1 are waived.

**SO ORDERED.**

Dated: _____March 10\_, 2021

          _____White Plains\_, New York

                                   _____
                                     PHILIP M. HALPERN, U.S.D.J.

**\*\* The Clerk of the Court is respectfully directed to close this case.**